# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEREK CHRISTOPHER SAPP, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 19-3652 |

## ORDER

**AND NOW**, this 1st day of April, 2020, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 11) is **GRANTED** as follow. This case is **REMANDED** to the Commissioner so that the ALJ can properly weigh the opinions of Drs. Sheremata and Weisman, found in Exhibits 6F and 20F, respectively; in doing so, the ALJ shall apply Social Security Ruling 96-2p. After doing so, the ALJ shall reconsider Plaintiff's residual functional capacity and pose accurate hypothetical questions to a vocational expert.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge